UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| v. | : | Mag. No. 23-3038 |
| ELIYAHU ("ELI") WEINSTEIN, a/k/a "Mike Konig," ARYEH "ARI" BROMBERG, JOEL WITTELS, SHLOMO EREZ, and ALAA HATTAB | : | SEALING ORDER |

RECEIVED
JUL 18 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Upon application of the United States Attorney for the District of New Jersey (by Assistant United States Attorneys Emma Spiro and Jonathan Fayer), for an order sealing the complaint, arrest warrants, and all supporting papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS, on this 18th day of July, 2023,

ORDERED that the complaint, arrest warrants, and all supporting papers in the above-captioned matter, except for such copies of the arrest warrants, if any, that are needed to effectuate their purpose, be sealed until at least two of the defendants named in the arrest warrants are arrested or until further order of this Court.

Honorable Tonianne J. Bongiovanni
United States Magistrate Judge