UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**TRENTON**                                                             **July 19, 2023**
OFFICE                                                          DATE OF PROCEEDINGS

**JUDGE: TONIANNE BONGIOVANNI**
**Digitally Recorded: John Moller**

**TITLE OF CASE:**                                        23-MJ-3038 (TJB)-1

UNITED STATES OF AMERICA
    V.
ELIYAHU "ELI" WEINSTEIN

**APPEARANCES:**

Emma Spiro & Jonathan Fayer, AUSA for Government
Eric Creizman, Esq., for Defendant
Robert Hyde, Pretrial Service Officer

**NATURE OF PROCEEDING:**      Initial Appearance on Complaint

Ordered Eric Creizman, Esq. retained as counsel.
Initial appearance held.
Defendant advised of his rights, charges, and penalties.
Counsel waives formal reading of the complaint.
Waiver of preliminary hearing executed and filed.
Brady Order to be entered.
Ordered defendant remanded to the custody of the U.S. Marshals.
Detention Order to be entered.

TIME COMMENCED:      6:08 p.m.
TIME ADJOURNED:      6:13 p.m.                                s/ John Moller
TOTAL TIME: 5 MINUTES                                  Deputy Clerk