RECEIVED

JUL 19 2023

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 23-3038 (TJB) |
| ELIYAHU ("ELI") WEINSTEIN, a/k/a "Mike Konig" | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Johnathan Fayer and Emma Spiro, Assistant United States Attorneys, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant in the above-entitled matter; and the defendant having consented to detention reserving his right to seek pre-trial release at a later date; and for good cause shown:

IT IS, therefore, on this 19th day of July, 2023,

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the defendant, Eliyahu ("Eli") Weinstein, a/k/a "Mike Konig" Shlomo Erez, be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the defendant's right to seek pre-trial release pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE TONIANNE J. BONGIOVANNI
United States Magistrate Judge