LAW OFFICES OF
## CHARLES ANDREW MILLER

5 PENN PLAZA
23ʳᴰ FLOOR
NEW YORK, NY 10001

PHONE: (516) 526-3103
FACSIMILE: (516) 569-0053
CMILLER@CMILLERLAW.COM

626 REXCORP PLAZA
6ᵀᴴ FLOOR
UNIONDALE, NY 11556

November 27, 2023

Hon. Tonianne J. Bongiovanni
United States Magistrate Judge
District of New Jersey
United States Courthouse
402 East State Street
Room 2020
Trenton, New Jersey 08608

**Re: United States v. Joel Wittels, 23 Mag 3038**

Dear Judge Bongiovanni:

Along with Irving Cohen, I represent Joel Wittels pursuant to this complaint.

The terms of Mr. Wittels' release on bond include a curfew and the wearing of an electronic monitoring device. After almost four months at liberty pursuant to the bond, we are asking that these two conditions be removed. After consulting with the Pre-trial Services Office, the United States Attorney's Office has no objection to these modifications to the bond.

Thank you for your kind and courteous attention.

GRANTED

Very truly yours,
*Charles A. Miller*
Charles A. Miller

So Ordered
[signature]
11/28/23